# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILFREDO SANTIAGO,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT COLLINS, et al.<br><br>    Respondents. | 2:12-cv-02659-WY |

## ORDER

**AND NOW**, this 20 day of February 2014, upon careful consideration of Wilfredo Santiago's petition under 28 U.S.C. § 2254 for writ of habeas corpus (Doc. 1), his memorandum of law in support thereof, the Commonwealth's response, the Magistrate Judge's report and recommendation, petitioner and respondents' objections thereto, and petitioner and respondents' replies to those objections, **IT IS HEREBY ORDERED** that:

1. Petitioner's objections are overruled;

2. Respondents' objections are sustained;

3. The petition for writ of habeas corpus is **DENIED**;

4. Petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability; and

5. The Clerk shall **CLOSE** this case for statistical purposes.

                                                              s/ William H. Yohn Jr.
                                                             William H. Yohn Jr., Judge